# EXHIBIT C



Senate Press Gallery
United States Senate
Washington, D.C. 20510

June 5, 2023

Subject: Introduction of Simon Ateba - White House Correspondent and Congressional Reporter

Dear Senate Press Gallery,

I am writing to introduce Mr. Simon Ateba, an esteemed journalist and our White House Correspondent at Today News Africa. We are thrilled to inform you that Mr. Ateba will now be extending his coverage to include the Senate and House of Representatives, with a particular focus on the work being done by various committees on Africa, including diplomacy, trade, investment, education, cultural exchanges, and security ties.

Today News Africa is a for-profit publication based in the District of Columbia, dedicated to shedding light on the dynamic and multifaceted relationships between the United States and Africa. Recognizing the significance of Congress in shaping these relationships, we believe that Mr. Ateba's extensive experience and expertise will greatly contribute to providing comprehensive coverage



of the legislative affairs and policy developments that impact the African continent.

Mr. Ateba is a highly accomplished journalist with a strong background in Mass Communications. With over 15 years of professional experience in journalism, he has diligently covered a wide range of beats, from politics to policy, and from aviation to drug trafficking. He has also established a notable presence in reporting on key institutions such as the State Department and the White House.

By expanding his coverage to Congress, Mr. Ateba seeks to enhance public understanding of the vital role that legislative initiatives play in shaping U.S.-Africa relations. Through his reporting, he aims to provide accurate and insightful analysis of committee activities, legislative debates, and policy developments related to Africa. With his well-honed skills as a journalist, his commitment to journalistic ethics, and his ability to effectively communicate complex issues, we are confident that Mr. Ateba will bring a fresh perspective to the Senate Press Gallery.

We kindly request your assistance in facilitating Mr. Ateba's access to press briefings, committee hearings, and other relevant activities within the Senate and House of Representatives. His coverage will contribute to a better-informed public and foster a deeper understanding of the critical relationship between the United States and Africa.

Thank you for your attention to this matter. We would be delighted to provide any further information or answer any questions you may



have. Please feel free to contact us at todaynewsafrica@proton.me or reach out to me directly at 2025390126.

We look forward to the opportunity of working closely with the Senate Press Gallery to ensure comprehensive coverage of Congressional affairs.


Sincerely,
Olabisi Ololade
Chairperson for Today News Africa

1666 Connecticut Ave NW
Washington, D.C. 20009
Email: todaynewsafrica@proton.me