# EXHIBIT D



August 3, 2023
Public Information Office
Supreme Court of the United States
1 First Street, NE
Washington, D.C. 20543

Dear Sir/Madam,

I am writing to apply for Supreme Court Press Credentials (hard pass) for Mr. Simon Ateba, a dedicated journalist with Today News Africa, based in Washington, D.C. As Mr. Ateba's Supervisor at Today News Africa, I wish to endorse his application wholeheartedly.

Mr. Ateba has been engaged in journalism for over a decade and has shown an unwavering commitment to the field. His experience, integrity, and passion for journalism have made him an asset to our team and the community.

Remarkably, journalism has been his sole profession, a testament to his dedication and proficiency in the field.

Below, please find the information required for the issuance of the hard pass:



Full Name: Simon Ateba
Affiliation: Today News Africa, Washington, D.C.
Contact Information: 1922 Park Road NW, Washington, D.C., Phone: 202-510-3733

I affirm that Mr. Ateba meets the requirements for issuing the hard pass. I have enclosed his credentials, portfolio, and relevant documentation with this letter to confirm his eligibility.

Please consider Mr. Ateba's extensive experience and commitment and grant him the requested hard pass, enabling him to continue his excellent work with full access to the Supreme Court.

Please do not hesitate to contact me at todaynewsafrica@proton.me if you require further information or clarification.

Thank you for your attention to this matter. I look forward to hearing back from you.

Sincerely,

Olabisi Ololade
Chairperson for Today News Africa

1666 Connecticut Ave NW
Washington, D.C. 20009
Email: todaynewsafrica@proton.me