UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON ATEBA
  Plaintiff

vs.   Civil Action No. 1:23-cv-02321-JDB

KARINE JEAN-PIERRE, et al.
  Defendant

# NOTICE OF APPEAL

Notice is hereby given this 4 day of January, 20 24, that Plaintiff Simon Ateba hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 7 day of December, 20 23 in favor of Defendants Karine Jean-Pierre, Kimberly Cheatle, and the United States Secret Service against said Plaintiff Simon Ateba

Harmeet K. Dhillon
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Joseph Evan Borson
Michael Fraser Knapp
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005