# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-5004**                                 **September Term, 2024**

**1:23-cv-02321-JDB**

**Filed On: June 17, 2025** [2121229]

Simon Ateba,

        Appellant

    v.

Karoline C. Leavitt, in her official capacity
as Press Secretary to the President of the
United States, et al.,

        Appellees

## M A N D A T E

In accordance with the judgment of April 8, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                              BY:   /s/
                                            Daniel J. Reidy
                                            Deputy Clerk

Link to the judgment filed April 8, 2025